UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81587-CIV-ZLOCH

JONATHAN KANFER,

    Plaintiff,

vs.                          **FINAL ORDER OF REMAND**

WELLCARE OF FLORIDA, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Report and Recommendation (DE 27) filed herein by United States Magistrate Judge Robin S. Rosenbaum and upon Plaintiff Jonathan Kanfer's Motion For Remand (DE 5). The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Defendant's Objections To The Magistrate Judge's Report and Recommendation (DE 28) be and the same is hereby **OVERRULED**;

    2. The Report and Recommendation (DE 27) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court; and

    3. Plaintiff Jonathan Kanfer's Motion For Remand (DE 5) be and the same is hereby **GRANTED**;

    4. The above-styled cause be and the same is hereby **REMANDED** to state court;

 5. The Clerk of the United States District Court, Southern District of Florida, be and the same is hereby **DIRECTED** to forward a certified copy of this Order to the Clerk of the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, Case No. 50 2009 CA 03312 XXXXMB; and

 6. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

 **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   24th   day of March, 2010.

```
                                  WILLIAM J. ZLOCH
                                  United States District Judge
```

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel of Record

Clerk of the Circuit Court (Certified Copy)
Fifteenth Judicial Circuit
Palm Beach County, Florida
Case No. 50 2009 CA 03312 XXXXMB