# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

400 North Miami Avenue Room 8N09
Miami, Florida 33128-7716
(305) 523-5100

Date: __March 25, 2010__

Clerk of the Circuit and County Courts
15th Judicial Circuit of Florida
205 North Dixie Highway, Room 3.2300
West Palm Beach, FL  33401


RE:   Our case No.:   __09-81587-CV-WJZ__
       Your case No.:  __CA 50 2009 033112 XXXXMB__


Dear Sir:

Enclosed please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.


STEVEN M. LARIMORE
Clerk of Court



by:  __s/ Deloris McIntosh__
       Deputy Clerk



Enclosures

- ❏ 400 N. Miami Ave.
  Room 8N09
  Miami, FL 33128
  (305) 523-5100

- ❏ 299 E. Broward Blvd.
  Room 108
  Ft. Lauderdale, FL 33301
  (954) 769-5400

- ❏ 701 Clematis Street
  Room 402
  West Palm Beach, FL 33401
  (561) 803-3400

- ❏ 300 South Sixth Street
  Fort Pierce, FL 34950
  (772) 467-2330

- ❏ 301 Simonton Street,
  Room 130
  Key West, FL 33040
  (305) 295-8100

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore  
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09  
Miami, Florida 33128-7716  
(305) 523-5100

Date: __March 25, 2010__

Clerk of the Circuit and County Courts  
15th Judicial Circuit of Florida  
205 North Dixie Highway, Room 3.2300  
West Palm Beach, FL  33401

RE:   Our case No.:   __09-81587-CV-WJZ__  
       Your case No.:   __CA 50 2009 033112 XXXXMB__

Dear Sir:

Enclosed please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

STEVEN M. LARIMORE  
Clerk of Court

by:   __s/ Deloris McIntosh__  
       Deputy Clerk

Enclosures

---

CLERK'S ACKNOWLEDGMENT OF RECEIPT of :

Certified copy of order of remand

is hereby acknowledged. This case has been assigned our case number:

_____

by: _____, Deputy Clerk

on: _____

---

❏400 N. Miami Avenue  
Room 8N09  
Miami, FL 33128  
(305) 523-5100

❏299 E. Broward Boulevard  
Room 108  
Ft. Lauderdale, FL 33301  
(954) 769-5400

❏701 Clematis Street  
Room 402  
West Palm Beach, FL 33401  
(561) 803-3400

❏300 South Sixth Street  
Fort Pierce, FL 34950  
(772) 467-2300

❏301 Simonton Street  
Room 130  
Key West, FL 33040  
(305) 295-8100